```
 1  CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
 2
    MARTHA BOERSCH (CABN 126569)
 3  Chief, Criminal Division

 4  PATRICK K. O'BRIEN (CABN 292470)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-7126
 7      FAX: (415) 436-7234
        Patrick.Obrien@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) NO. 5:24-CR-00418-PCP |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL & ORDER |
| v. | ) |
| OMAR NAZIRY, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against defendant Omar Naziry.

DATED: December 29, 2025                    Respectfully submitted,

                                            CRAIG H. MISSAKIAN
                                            United States Attorney

                                            */s/ Martha Boersch*
                                            ―――――――――――――――――
                                            MARTHA BOERSCH
                                            Chief, Criminal Division

1 | Leave is granted to the government to dismiss the indictment against defendant Omar Naziry.

4 | Date: December 30, 2025

HON. P. CASEY PITTS
United States District Judge